**Richard BLOODSOE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 60946.**

Missouri Court of Appeals,
Western District.

May 6, 2003.

Susan L. Hogan, Kansas City, MO, for appellant.

Nicole E. Gorovsky, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ELLIS, C.J.,
BRECKENRIDGE and HOLLIGER, JJ.

## *ORDER*

PER CURIAM.

Richard Bloodsoe appeals the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).